### PYE v. PYE.

ATKINSON, J. In the certificate to the bill of exceptions there was no statement that the recitals were true. Accordingly, the writ of error must be dismissed. *Grant* v. *Derrick*, 130 *Ga.* 43 (60 S. E. 157).
        *Writ of error dismissed. All the Justices concur.*
                NOVEMBER 13, 1913.

From Jasper superior court.

*A. S. Thurman* and *F. C. Foster,* for plaintiff in error.
*Greene F. Johnson,* contra.